**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David A. Danielson,

Plaintiff,

v.

Thomas E. White, Secretary,
Department of the Army,

Defendant.

Civil No. 02-216 (DWF/RLE)

**ORDER**

---

David A. Danielson, *Pro Se*, 2251 Fredrick Street, Duluth, MN 55803, Plaintiff.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated January 18, 2002, in which he recommends that the Plaintiff's application for *in forma pauperis* status be denied.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Erickson in all respects.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Raymond L. Erickson's Report and Recommendation dated January 18, 2002 (Doc. No. 4) is **ADOPTED**.

2. Plaintiff's application for *in forma pauperis* status (Doc. No. 2) is **DENIED**.

Dated: February 26, 2002

DONOVAN W. FRANK
Judge of United States District Court

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK