**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David A. Danielson,

Plaintiff,

v.

Thomas E. White, Secretary,
Department of the Army,

Defendant.

Civil No. 02-216 (DWF/RLE)

**ORDER**

---

David A. Danielson, *Pro Se*, 2251 Fredrick Street, Duluth, MN 55803, Plaintiff.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated January 18, 2002, insofar as it recommends that the Plaintiff's application for *in forma pauperis* status be denied.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Erickson in all respects.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's application for *in forma pauperis* status (Doc. No. 2) is **DENIED.**

Dated: March 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

MAR 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK