UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

David A. Danielson,

Plaintiff,

vs. ORDER

Thomas E. White, Secretary of the Department of the Army, Agency Defendant,

Defendant. Civ. No. 02-216 (JEL/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of July, 2002.

* * *

The Plaintiff initiated this action with a Complaint filed on January 17, 2002, accompanied with an Application to proceed <u>in forma pauperis</u>. By Report and Recommendation dated January 18, 2002, this Court recommended that this Application be denied. By Orders dated February 26, 2002 and March 25, 2002, Judge Donovan W. Frank, United States District Court Judge adopted, our Report and Recommendation, over the objections of the Plaintiff, and ordered that the Plaintiff's application for in forma pauperis status be denied. According to Local Rule 4.2(a), in the event that "permission to proceed in forma pauperis is [] denied, the complaint shall be stricken."

(10)

FILED JUL 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREFORE, Pursuant to the provisions of Local Rule 4.2(a), it is --

ORDER:

That the Plaintiff's Complaint is stricken.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE